IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-00009-BO-RN

KAITLIN MESSER,

        Plaintiff,

v.

STARBUCKS CORPORATION D/B/A/ STARBUCKS COFFEE COMPANY,

        Defendant.

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Kaitlin Messer and Defendant Starbucks Corporation, by and through their counsel, and hereby jointly advise the Court that the parties have reached a settlement in this matter. The parties anticipate filing a Joint Stipulation of Dismissal with Prejudice within 30 days.

This the 25th day of March, 2024.

Respectfully submitted,

**FOR PLAINTIFF**

/s/Corey M. Stanton
Corey M. Stanton
Phillip J. Gibbons
*Attorneys for Plaintiff*
Gibbons Law Group, PLLC
14045 Ballantyne Corporate Place, Suite 325
Charlotte, NC 28277
Phone: 704-612-0038
Email: corey@gibonslg.com
phil@gibbonslg.com

**FOR DEFENDANT**

/s/S. Abigail Littrell
S. Abigail Littrell
Elizabeth R. Gift
*Attorneys for Defendant*
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, North Carolina 28244
Telephone: 704.342.2588
Facsimile: 704.342.4379
E-mail: abby.littrell@ogletree.com
elizabeth.gift@ogletree.com

## CERTIFICATE OF SERVICE

I, S. Abigail Littrell, hereby certify that on this day I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification to the parties.

Dated this the 25th day of March, 2024.

/s/S. Abigail Littrell
N.C. Bar No. 49354
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704.405.3131
Facsimile: 704.342.4379
E-mail: abby.littrell@ogletree.com