IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-00009-BO-RN

| | |
|---|---|
| KAITLIN MESSER, | ) |
| Plaintiff, | ) |
| v. | ) |
| STARBUCKS CORPORATION D/B/A/ STARBUCKS COFFEE COMPANY, | ) |
| Defendant. | ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Kaitlin Messer, and Defendant, Starbucks Corporation, through their respective counsel, stipulate that all claims asserted in the above-captioned action are dismissed with prejudice, with each party to bear their own costs, expenses, and attorney's fees.

Respectfully submitted this the 18th day of April 2024.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| /s/Corey M. Stanton<br>Corey M. Stanton<br>Phillip J. Gibbons<br>*Attorneys for Plaintiff*<br>Gibbons Law Group, PLLC<br>14045 Ballantyne Corporate Place, Suite 325<br>Charlotte, NC 28277<br>Phone: 704-612-0038<br>Email: corey@gibonslg.com<br>phil@gibbonslg.com | /s/S. Abigail Littrell<br>S. Abigail Littrell<br>Elizabeth R. Gift<br>*Attorneys for Defendant*<br>OGLETREE, DEAKINS,<br>NASH, SMOAK & STEWART, P.C.<br>201 South College Street, Suite 2300<br>Charlotte, North Carolina 28244<br>Telephone: 704.342.2588<br>Facsimile: 704.342.4379<br>E-mail: abby.littrell@ogletree.com<br>elizabeth.gift@ogletree.com |

## CERTIFICATE OF SERVICE

I, S. Abigail Littrell, hereby certify that I have this day electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification to the parties.

Dated this the 18th day of April, 2024.

/s/S. Abigail Littrell
S. Abigail Littrell, NC #49354
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704. 405.3135
Facsimile: 704.342.4379
E-mail: abby.littrell@ogletree.com